(Official Form 1) (12/02)

FORM B1 43 Pages

# United States Bankruptcy Court
## Eastern District of California

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): Hansen, Donald F. | Name of Joint Debtor (Spouse) (Last, First, Middle): Hansen, Carla C. |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): 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 | Soc. Sec./Tax I.D. No. (if more than one, state all): 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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 19240 W. American Ave. Hilmar, CA 95324 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): 19240 W. American Ave. Hilmar, CA 95324 |
| County of Residence or of the Principal Place of Business: Merced | County of Residence or of the Principal Place of Business: Merced |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- ■ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other JOINT
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- ■ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, t[h]ere will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | Mor[e than] $10[0 million] |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |

04-10613-B-7
DEBTOR: DONALD HANSEN
CODEBT: CARLA HANSEN
DEBTOR IS PRO SE
JUDGE: HON. W. LEE
TRUSTEE: S. STRAIN
341 MEETING (Tentative Setting):
2/25/04, 03:30 PM - 004
Official meeting notice to be maile[d]
CHAPTER: 7 COUNTY: MERCED
FILED 1/26/04 - 11:26 AM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION JJim
RECEIPT NO: 9-4-000536 $209

2004-10613

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): Hansen, Donald F. / Hansen, Carla C.



**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| None | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| None | | |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Debtor Donald F. Hansen

X [signature: Carla Hansen]
Signature of Joint Debtor Carla C. Hansen

209-664-0444
Telephone Number (If not represented by attorney)

January 11, 2004
Date

**Signature of Attorney**

X
Signature of Attorney for Debtor(s)

Debtor not represented by attorney
Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

*Offices of Alan S. Bernikoff*
*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 532-8821*
Printed Name of Bankruptcy Petition Preparer
*P.O. Box 700*
*Soulsbyville, CA 95372*

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X [signature]
Signature of Bankruptcy Petition Preparer

1/19/04
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Eastern District of California

In re **Donald F. Hansen,**
**Carla C. Hansen**

Debtors

Case No. ______

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 47,401.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 63,486.33 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 58,373.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 5 | | | 3,972.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,338.75 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | | Total Assets | 47,401.00 | | |
| | | | Total Liabilities | 121,860.26 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ______________________

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Sub-Total > **0.00** (Total of this page)

Total > **0.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen,**
**Carla C. Hansen**
Debtors

Case No. ______________________

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **$100.00 cash on hand<br>19240 W American Avenue<br>Hilmar CA 95324** | **J** | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **0550008799 - $17.00 0550505903 (Business) $900.00<br>County Bank P.O. Box 552 Merced CA 95341<br><br>$29.00 Savings<br>Golden One Credit Union** | **J** | **946.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **$700.00 security deposit<br>Jerry Morrison<br>19244 American Avenue<br>Hilmar CA 95324** | **J** | **700.00** |

Sub-Total > **1,746.00**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen, Carla C. Hansen** Case No. ____________

Debtors

# SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **All items located at 19240 American Avenue Hilmar CA 95324**<br><br>**Couch - $50.00**<br>**Chair - $25.00**<br>**TV - $100.00**<br>**Entertainment Center - $75.00**<br>**VCR - $25.00**<br>**DVD Player - $10.00**<br>**Coffee Table $10.00**<br>**End Tables (2) - $15.00**<br>**Table & 6 Chairs - $200.00**<br>**Refrigerator - $25.00**<br>**TV's (2) - $100.00**<br>**Microwave - $5.00**<br>**Washer - $50.00**<br>**Dryer - $50.00**<br>**Head/Footboard/Bed Frame - $15.00**<br>**Dressers (2) - $25.00**<br>**Vanity - $50.00**<br>**Vacuume Cleaner - $15.00**<br>**Computer - $50.00**<br>**Computer Desk - $25.00**<br>**Stereo - $50.00** | **J** | **970.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | | **Clothes** | **J** | **300.00** |
| 7. Furs and jewelry. | | **Costume Jewelry** | **J** | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Mountain Bikes (2 @ $25.00 ea) - $50.00**<br>**Golf Clubs - 2 sets - $25.00** | **J** | **75.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |

Sub-Total > **1,395.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Donald F. Hansen,**
**Carla C. Hansen**

Debtors

Case No. ______

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ____________

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1972 Ford F-100 Pick-up - $1,000.00**<br>**1995 International Diesel - $10,000.00**<br>**1998 Saturn SL2 - $6,000.00**<br>**2002 Mitsubishi Eclipse - lic # 4VC6928 - $17,000.00** | **J** | **34,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Desk - $10.00** | **J** | **10.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **1999 International - $10,000.00**<br>**Tools - $200.00**<br>**Storage Cabinets- $50.00** | **J** | **10,250.00** |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total > **44,260.00**
(Total of this page)
Total > **47,401.00**

Sheet 3 of 3 continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen,**
**Carla C. Hansen**, Debtors

Case No. ____________

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **$100.00 cash on hand<br>19240 W American Avenue<br>Hilmar CA 95324** | **C.C.P. § 703.140(b)(5) 703.140(b)(5)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **0550008799 - $17.00 0550505903 (Business) $900.00<br>County Bank P.O. Box 552 Merced CA 95341<br><br>$29.00 Savings<br>Golden One Credit Union** | **C.C.P. § 703.140(b)(5) 703.140(b)(5)/703.140(b)(1)** | **946.00** | **946.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **$700.00 security deposit<br>Jerry Morrison<br>19244 American Avenue<br>Hilmar CA 95324** | **C.C.P. § 703.140(b)(3) 703.140(b)(1)** | **700.00** | **700.00** |
| **Household Goods and Furnishings** | | | |
| **All items located at 19240 American Avenue<br>Hilmar CA 95324<br><br>Couch - $50.00<br>Chair - $25.00<br>TV - $100.00<br>Entertainment Center - $75.00<br>VCR - $25.00<br>DVD Player - $10.00<br>Coffee Table $10.00<br>End Tables (2) - $15.00<br>Table & 6 Chairs - $200.00<br>Refrigerator - $25.00<br>TV's (2) - $100.00<br>Microwave - $5.00<br>Washer - $50.00<br>Dryer - $50.00<br>Head/Footboard/Bed Frame - $15.00<br>Dressers (2) - $25.00<br>Vanity - $50.00<br>Vacuume Cleaner - $15.00<br>Computer - $50.00<br>Computer Desk - $25.00<br>Stereo - $50.00** | **C.C.P. § 703.140(b)(3)** | **970.00** | **970.00** |
| **Wearing Apparel** | | | |
| **Clothes** | **C.C.P. § 703.140(b)(3)** | **300.00** | **300.00** |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re Donald F. Hansen, Carla C. Hansen, Debtors

Case No. ________________

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Furs and Jewelry<br>Costume Jewelry | C.C.P. § 703.140(b)(4) | 50.00 | 50.00 |
| Firearms and Sports, Photographic and Other Hobby Equipment<br>Mountain Bikes (2 @ $25.00 ea) - $50.00<br>Golf Clubs - 2 sets - $25.00 | C.C.P. § 703.140(b)(5) | 75.00 | 75.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles<br>1972 Ford F-100 Pick-up - $1,000.00<br>1995 International Diesel - $10,000.00<br>1998 Saturn SL2 - $6,000.00<br>2002 Mitsubishi Eclipse - lic # 4VC6928 - $17,000.00 | C.C.P. § 703.140(b)(2) 1995 International (Tools of Trade) 703.140(b)(6) / 703.140(b)(1) | 2,775.00 | 34,000.00 |
| Office Equipment, Furnishings and Supplies<br>Desk - $10.00 | C.C.P. § 703.140(b)(5) | 10.00 | 10.00 |
| Machinery, Fixtures, Equipment and Supplies Used in Business<br>1999 International - $10,000.00<br>Tools - $200.00<br>Storage Cabinets- $50.00 | C.C.P. § 703.140(b)(5) | 10,250.00 | 10,250.00 |

Sheet 1 of 1 continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ______________

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28220115**<br>**American General<br>729 N Golden Stae Blvd<br>Turlock, CA 95380** | | **J** | **July 2003**<br>**Auto Loan**<br>**1998 Saturn SL2**<br>Value $ **6,000.00** | **X** | | | **10,984.00** | **4,984.00** |
| Account No. **100 020 322 9697-9001**<br>**Mitsubishi Motors<br>P.O. Box 894755<br>Los Angeles, CA 90189-4755** | | **J** | **October 2001**<br>**Auto Loan**<br>**2002 Mitsubishi Eclipse**<br>Value $ **17,000.00** | | | **X** | **25,828.00** | **25,828.00** |
| Account No. **562-1B844A22**<br>**Navistar<br>P.O. Box 4024<br>Schaumburg, IL 60168-4024** | | **J** | **August 2002**<br>**Truck Loan (Business Asset)**<br>**1995 International Diesel**<br>Value $ **10,000.00** | **X** | | | **16,250.00** | **6,250.00** |
| Account No. **8470450775**<br>**WFS Financial<br>P.O. Box 25341<br>Santa Ana, CA 92799** | **X** | **J** | **July 2003**<br>**Auto Loan**<br>**1996 Mitsubishi Eclipse**<br>Value $ **9,800.00** | **X** | | | **10,424.33** | **10,424.33** |

**0** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | **63,486.33** |
| Total (Report on Summary of Schedules) | **63,486.33** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen,**
**Carla C. Hansen**
Debtors

Case No. ______________

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen,**
**Carla C. Hansen**
Debtors

Case No. ______________________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **28222907**<br>**American General Financial Services**<br>**Turlock Town Center**<br>**729 N Golden State Blvd**<br>**Turlock, CA 95380-3953** | | **H** | **July 2002**<br>**Personal Loan** | | **X** | | **7,089.56** |
| Account No. **551384934**<br>**Auto Pass**<br>**Credit First National Association**<br>**P.O. Box 81315**<br>**Cleveland, OH 44181-0315** | | **H** | **02/02**<br>**Credit Account Tires** | **X** | | | **229.52** |
| Account No. **4024-1160-0659-1109**<br>**Bank of America**<br>**P.O. Box 53132**<br>**Phoenix, AZ 85072-3132** | | **W** | **May 2001**<br>**Visa Card** | | **X** | | **1,958.77** |
| Account No. **211849-00-108337-2**<br>**Beneficial**<br>**P.O. Box 60101**<br>**City Of Industry, CA 91716-0101** | | **H** | **February 2001**<br>**Personal Loan** | | **X** | | **3,547.44** |
| | | | | | | Subtotal (Total of this page) | **12,825.29** |

**5** continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re Donald F. Hansen, Carla C. Hansen, Debtors

Case No. ______

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4121-7414-1418-7901<br>Capital One<br>PO Box 85015<br>Richmond, VA 23285-5015 | | W | January 1996<br>Visa | X | | | 1,750.67 |
| Account No. 5431-4301-1352-5916<br>Chase Platinum MasterCard<br>P.O. Box 52046<br>Phoenix, AZ 85072-2046 | | H | September 2000<br>Master card purchases | | X | | 2,180.97 |
| Account No. 5179-4582-7002-8693<br>Chase Platinum MasterCard<br>P.O. Box 52046<br>Phoenix, AZ 85072-2046 | | H | August 2001<br>Master card purchases | | X | | 3,005.67 |
| Account No. 6012-5015-3012-4510<br>GE Capital Consumner Card Company<br>c/o Credit Services<br>P.O. Box 6150<br>Rapid City, SD 57709-6150 | | H | May 1997<br>Payroll Insurance | | X | | 3,264.62 |
| Account No. 6035-3200-5979-1580<br>Home Depot Credit Services<br>P.O. Box 9100<br>Des Moines, IA 50368-9100 | | W | November 2000<br>Credit Account | | X | | 568.83 |

Sheet no. 1 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 10,770.76

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **823-387-654-2**<br>**JCPenney**<br>**P.O. Box 981131**<br>**El Paso, TX 79998** | | H | **January 1998**<br>**Revolving Credit Account** | | X | | **1,137.31** |
| Account No. **5106**<br>**Kevin D. Less, D.D.S.**<br>**1840 N Olive #2**<br>**Turlock, CA 95382** | | H | **Dental Services** | X | | | **202.00** |
| Account No. **45-024-130-413**<br>**Macy's**<br>**P.O. Box 8066**<br>**Mason, OH 45040-8066** | | W | **November 2001**<br>**Revolving Credit Account 20-Flex** | | X | | **266.73** |
| Account No. **7549-6110-652**<br>**Mervyn's of California**<br>**Retailers National Bank**<br>**P.O. Box 59316**<br>**Minneapolis, MN 55459-0316** | | J | **February 2000**<br>**Revolving Credit Account clothing** | | X | | **970.40** |
| Account No. **100-020-3229697-9001**<br>**Mitsubishi Motors**<br>**Credit of America Inc**<br>**P.O. Box 894755**<br>**Los Angeles, CA 90189-4755** | | C | **October 2001**<br>**Co-signer Auto Loan**<br>**2002 Mitsubishi Eclipse** | | | X | **25,825.00** |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,401.44**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re Donald F. Hansen, Carla C. Hansen, Debtors

Case No. ______________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6018-5960-4125-1707<br>Old Navy/MCCBG<br>P.O. Box 103090<br>Roswell, GA 30076 | | W | March 2001<br>Credit Purchases (baby accessories) | | X | | 294.82 |
| Account No. 4352-3733-9916-1121<br>Retailers National Bank<br>C/O Target Credit Services<br>P.O. Box 1581<br>Minneapolis, MN 55440-1581 | | W | February 2001<br>Credit Card Purchases (late payment fees) | | X | | 1,422.77 |
| Account No. 00-50853-78577-7<br>Sears<br>P.O. Box 818017<br>Cleveland, OH 44181-8017 | | W | February 1994<br>Revolving Credit Account (late fees) | | X | | 1,735.05 |
| Account No. 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<br>Tuolumne Tax Clinic<br>Offices of Alan S. Bernikoff<br>P.O. Box 700<br>Soulsbyville, CA 95372 | | J | January 2004<br>Bankruptcy Assistance | | | | 0.00 |
| Account No. 3717<br>Turlock Dental Arts<br>700 Crane Ave<br>Turlock, CA 95380 | | H | 11/2003<br>Dental Services | X | | | 292.38 |

Sheet no. 3 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 3,745.02

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4IMY6941000**<br>**Unilab Corporation<br>P.O. Box 79164<br>Phoenix, AZ 85062-9164** | | W | **September 2003<br>Medical lab Services - Carla** | X | | | **102.91** |
| Account No. **4JMY7135569**<br>**Unilab Corporation<br>P.O. Box 79164<br>Phoenix, AZ 85062-9164** | | H | **October 2003<br>Medical lab Services - Don** | X | | | **159.01** |
| Account No. **6032-2072-5090-4687**<br>**Wal-Mart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927** | | W | **March 2000<br>Credit Card** | | X | | **547.04** |
| Account No. **59403010**<br>**Wells Fargo Bank<br>1260 W. Olive Ave<br>Merced, CA 95340** | X | C | **January 2003<br>Debtor co-signer for daughter Amanda** | X | | | **850.00** |
| Account No. **15302359**<br>**Wells Fargo Bank<br>1260 W. Olive Ave<br>Merced, CA 95340** | X | C | **June 2003<br>Debtor co-signed for daughter Amanda** | X | | | **367.00** |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,025.96**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ______

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Y081086C**<br>**Youngdales Inc.**<br>**250 Market Street**<br>**Turlock, CA 95380** | | **J** | **Appliance Credit Account** | **X** | | | **605.46** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **605.46** |
| Total (Report on Summary of Schedules) | **58,373.93** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ____________

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Donald F. Hansen, Carla C. Hansen**, Debtors

Case No. ____________

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amanda Hansen**<br>**2041 Peace Way**<br>**Turlock, CA 95380**<br>**Debtor is co-signer only on this loan - Amanda is paying this loan** | **Wells Fargo Bank**<br>**1260 W. Olive Ave**<br>**Merced, CA 95340** |
| **Amanda Hansen**<br>**2041 Peace Way**<br>**Turlock, CA 95380**<br>**Debtor is a co-signer only on this loan, Amanda is paying this loan** | **Wells Fargo Bank**<br>**1260 W. Olive Ave**<br>**Merced, CA 95340** |
| **Amanda Hansen**<br>**2041 Peace Way**<br>**Turlock, CA 95380**<br>**Debtor is a co-signer on loan.**<br>**Colatteral to be surrendered** | **Mitsubishi Motors**<br>**P.O. Box 894755**<br>**Los Angeles, CA 90189-4755** |
| **Dawn Hansen**<br>19240 W. American Ave.<br>Hilmar, CA 95324 | **WFS Financial**<br>**P.O. Box 25341**<br>**Santa Ana, CA 92799**<br>**Debtor is co-debtor on loan.**<br>**Dawn is paying loan.** |

0 continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re Donald F. Hansen, Carla C. Hansen, Debtors

Case No. ______

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Dawn Hansen | 19 | Daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Independent Contractor | |
| Name of Employer | Don Hansen Transportation S/E | |
| How long employed | 8 years | |
| Address of Employer | Dirksen Trucking Co<br>P.O. Box 1450<br>Manteca, CA 95336 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 0.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify) ______ | $ 0.00 | $ N/A |
| ______ | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 3,972.16 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) ______ | $ 0.00 | $ N/A |
| ______ | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) ______ | $ 0.00 | $ N/A |
| ______ | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 3,972.16 | $ N/A |

TOTAL COMBINED MONTHLY INCOME $ 3,972.16 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**SCHEDULE C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss from Business
(Sole Proprietorship)

► Partnerships, joint ventures, etc, must file Form 1065 or Form 1065-B.
► Attach to Form 1040 or 1041. ► See instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2002**
09

Name of proprietor: Donald F Hansen
Social security number (SSN): 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

A Principal business or profession, including product or service (see instructions): Transportation
B Enter code from instructions: ► 484120

C Business name. If no separate business name, leave blank.: Don Hansen Transportation
D Employer ID number (EIN), if any:

E Business address (including suite or room no.) ► 19240 West American Ave
City, town or post office, state, and ZIP code: Hilmar, CA 95324

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2002? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

H If you started or acquired this business during 2002, check here ► [X]

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ► [ ] | 1 | 47,666. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 47,666. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 54. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 47,612. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 47,612. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 265. | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see instructions) | 9 | | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | 9,540. |
| 10 | Car and truck expenses (see instructions) | 10 | 19,750. | b | Other business property | 20b | |
| 11 | Commissions and fees | 11 | 8,893. | 21 | Repairs and maintenance | 21 | 1,848. |
| 12 | Depletion | 12 | | 22 | Supplies (not included in Part III) | 22 | 1,258. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 6,071. | 23 | Taxes and licenses | 23 | 1,573. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Meals and entertainment .... 2,827. | | |
| 15 | Insurance (other than health) | 15 | 3,874. | c | Enter nondeductible amount included on line 24b (see instrs) .. 1,414. | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc) | 16a | | d | Subtract line 24c from line 24b | 24d | 1,413. |
| b | Other | 16b | 492. | 25 | Utilities | 25 | |
| 17 | Legal & professional services | 17 | 388. | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | 60. | 27 | Other expenses (from line 48 on page 2) | 27 | 2,292. |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ► | 28 | 57,717. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -10,105. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 0. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | -10,105. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

- If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you **must** attach **Form 6198.**

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

Schedule **C** (Form 1040) 2002  Donald F Hausen                              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          Page 2

**Part III**    **Cost of Goods Sold** (see instructions)

| | | |
|---|---|---|
| 33  Method(s) used to value closing inventory  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation) | | |
| 34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation | | ☐ Yes  ☐ No |
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36  Purchases less cost of items withdrawn for personal use | 36 | |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 | 54. |
| 38  Materials and supplies | 38 | |
| 39  Other costs | 39 | |
| 40  Add lines 35 through 39 | 40 | 54. |
| 41  Inventory at end of year | 41 | |
| 42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 54. |

**Part IV**    **Information on Your Vehicle. Complete this part only** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _

44  Of the total number of miles you drove your vehicle during 2002, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _   **b** Commuting _ _ _ _ _ _ _ _ _ _   **c** Other _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? .................................................. ☐ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? ...................................................... ☐ Yes  ☐ No

47 **a** Do you have evidence to support your deduction? ...................................................................... ☐ Yes  ☐ No

   **b** If 'Yes,' is the evidence written? ........................................................................................ ☐ Yes  ☐ No

**Part V**    **Other Expenses.** List below business expenses not included on lines 8 – 26 or line 30.

| | |
|---|---|
| Cellular Service | 934. |
| Postage | 7. |
| Prorates | 466. |
| Pharmacy Co-Pay | 476. |
| Medical Co-pay | 50. |
| Truck Wash | 359. |
| | |
| | |
| | |
| 48  **Total other expenses.** Enter here and on page 1, line 27 | 2,292. |

Schedule **C** (Form 1040) 2002

FDIZ0112   08/13/02

25

**SCHEDULE C** (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss from Business
(Sole Proprietorship)

► Partnerships, joint ventures, etc, must file Form 1065 or Form 1065-B.
► Attach to Form 1040 or 1041. ► See instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2002**
09

Name of proprietor: Carla C Hansen

Social security number (SSN): 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

A Principal business or profession, including product or service (see instructions): ChildCare

B Enter code from instructions ► 624410

C Business name. If no separate business name, leave blank.: Carla Child Care Services

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ► 19240 West American Ave
City, town or post office, state, and ZIP code: Hilmar, CA 95324

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2002? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

H If you started or acquired this business during 2002, check here ► [ ]

## Part I Income

| | | Line | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ► [ ] | 1 | 1,680. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,680. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 1,529. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 151. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 151. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | Line | Amount | | | Line | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see instructions) | 9 | | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Car and truck expenses (see instructions) | 10 | 754. | b | Other business property | 20b | |
| | | | | 21 | Repairs and maintenance | 21 | 475. |
| 11 | Commissions and fees | 11 | | 22 | Supplies (not included in Part III) | 22 | 248. |
| 12 | Depletion | 12 | | 23 | Taxes and licenses | 23 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | | c | Enter nondeductible amount included on line 24b (see instrs) | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc) | 16a | | d | Subtract line 24c from line 24b | 24d | |
| b | Other | 16b | | 25 | Utilities | 25 | |
| 17 | Legal & professional services | 17 | | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 | Other expenses (from line 48 on page 2) | 27 | 172. |

| | | Line | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ► | 28 | 1,649. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -1,498. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 0. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | -1,498. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.**

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

Donald F & Carla C Hansen 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

Smart Worksheet for: Schedule C (ChildCare): Profit or Loss from Business

**Activity Summary Smart Worksheet**

**Supporting information provided by program. NO ENTRIES ARE NEEDED.**

| | | Regular Tax | Alternative Minimum Tax |
|---|---|---|---|
| A | Ownership | Spouse | |
| B | At risk status | All | |
| C | Passive status | Nonpassive | |
| | **Schedule C** | | |
| D | Tentative profit (loss) | -1,498. | -1,498. |
| E | Other preferences and adjustments | | |
| F | At risk disallowed loss | | |
| G | Passive carryover loss | | |
| H | Passive disallowed loss | | |
| I | Net profit (loss) allowed | -1,498. | -1,498. |
| | **Related Dispositions** | | |
| J | Tentative profit (loss) | | |
| K | At risk disallowed loss | | |
| L | Passive carryover loss | | |
| M | Passive disallowed loss | | |
| N | Net profit (loss) allowed | | |

In re Donald F. Hansen, Carla C. Hansen, Debtors

Case No. ____________

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 780.00 |
| Are real estate taxes included? Yes____ No X | |
| Is property insurance included? Yes____ No X | |
| Utilities: Electricity and heating fuel | $ 80.00 |
| Water and sewer | $ 13.00 |
| Telephone | $ 40.00 |
| Other Propane 36.00/Cable 42.00/Wood 10.00 | $ 88.00 |
| Home maintenance (repairs and upkeep) | $ 23.00 |
| Food | $ 250.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 29.00 |
| Charitable contributions | $ 500.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 125.00 |
| Health | $ 468.00 |
| Auto | $ 280.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 318.00 |
| Other Capital One | $ 75.00 |
| Other Youngdale's | $ 100.00 |
| Other Auto Pass | $ 10.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 4,809.75 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 8,338.75 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ N/A |
| B. Total projected monthly expenses | $ N/A |
| C. Excess income (A minus B) | $ N/A |
| D. Total amount to be paid into plan each ____________ (interval) | $ N/A |

# United States Bankruptcy Court
## Eastern District of California

In re Donald F. Hansen
Carla C. Hansen
Debtor(s)

Case No. ____
Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date January 11, 2004 Signature [signature]
Donald F. Hansen
Debtor

Date January 11, 2004 Signature [signature]
Carla C. Hansen
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form 7
(9/00)

# United States Bankruptcy Court
## Eastern District of California

In re Donald F. Hansen
Carla C. Hansen

Debtor(s)

Case No.
Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$63,764.78** | **Dirksen Trucking 1/2003 - 12/2003 Debtor** |
| **$47,666.00** | **Dirksen Trucking 1/2002-12/2002 Debtor** |
| **$2,087.26** | **Dirksen Trucking 1/1/04-1/15/2004 Debtor** |
| **$1,649.00** | **Carla Hansen Childcare Services 01/01/02-03/02/02 Co-Debtor** |

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT SOURCE

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**3. Payments to creditors**

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mitubishi Motors**<br>**P.O. Box 894755**<br>**Los Angeles, CA 90189-4755** | **10/17/03 - 586.00**<br>**12/17/03 - 586.00** | **$1,172.00** | **$25,600.00** |
| **American General**<br>**Turlock Town Center**<br>**729 N Golden State Blvd**<br>**Turlock, CA 95380-3953** | **11/10/03 - 318.00**<br>**12/10/03 - 318.00**<br>**01/10/04 - 318.00** | **$954.00** | **$10,824.00** |

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Harvest Christian**<br>**130 3RD Street**<br>**Turlock, CA 95380** | **House of Worship** | **2003** | **Tithe $6000.00 given in bi monthly payments of $500.00** |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tuolumne Tax Clinic**<br>**Offices of Alan S. Bernikoff**<br>**P.O. Box 700**<br>**Soulsbyville, CA 95372** | **01-11-2004** | **$125.00** |

**10. Other transfers**

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Don Hansen Transportation** | **55/8352141** | **19240 W. America Ave Hilmar, CA 95324** | **Hauling** | **08/02/01 to present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Offices of Alan S. Bernikoff<br>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 532-8821<br>P.O. Box 700<br>Soulsbyville, CA 95372 | 2-4-03 |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME ADDRESS DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Offices of Alan S. Bernikoff<br>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 532-8821 | P.O. Box 700<br>Soulsbyville, CA 95372 |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS DATE ISSUED

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY INVENTORY SUPERVISOR DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS NATURE OF INTEREST PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS TITLE NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **January 22, 2004** Signature //
**Donald F. Hansen**
Debtor

Date **January 22, 2004** Signature //
**Carla C. Hansen**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 7
(9/00)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **January 11, 2004** Signature

**Donald F. Hansen**
Debtor

Date **January 11, 2004** Signature

**Carla C. Hansen**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500.000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Official Form 8
(9/97)

# United States Bankruptcy Court
## Eastern District of California

In re Donald F. Hansen
Carla C. Hansen
Debtor(s)

Case No. ________
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | Description of Property | Creditor's name |
|---|---|---|
| 1. | 2002 Mitsubishi Eclipse | Mitsubishi Motors |

*b. Property to Be Retained* *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 1998 Saturn SL2 | American General | | | X |
| 2. | 1995 International Diesel | Navistar | | | X |
| 3. | 1996 Mitsubishi Eclipse | WFS Financial | | | X |

Date January 22, 2004 Signature /s/
Donald F. Hansen
Debtor

Date January 22, 2004 Signature /s/
Carla C. Hansen
Joint Debtor

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Official Form 8
(9/97)

# United States Bankruptcy Court
## Eastern District of California

In re Donald F. Hansen
Carla C. Hansen
Debtor(s)

Case No.
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

Date January 11, 2004 Signature [signature]
Donald F. Hansen
Debtor

Date January 11, 2004 Signature [signature]
Carla C. Hansen
Joint Debtor

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# California Exemption Election

ystem 1 ( ) Signature: [signature]

ystem 2 (X) Signature: [signature]

Date: 1-11-04

ystem 2 - Federal Bankruptcy Exemptions not available. All law references are to California Code of Civil Procedure unless therwise noted.

Iote: Married couples may not double any exemptions [*In re Talmadge*, 832 F 2nd 1120 (9th Cir 1987); *In re Baldwin*, 70B.R. 612 9th Cir B.A.P. 1987)]

| EXEMPTION | LAW |
|---|---|
| **IOMESTEAD** | |
| Real or personal property, including co-op, used as residence to $15,000; unused portion of homestead may be applied to any property | 703.140 (b)(1) |
| **NSURANCE** | |
| Disability Benefits | 703.140(b)(10)(C) |
| Life Insurance proceeds needed for support of family | 703.140(b)(11)(C) |
| Unmatured Life Insurance contract accrued avails to $8,000 | 703.140(b)(8) |
| Unmatured Life Insurance policy other than credit | 703.140(b)(7) |
| **MISCELLANEOUS** | |
| Alimony, Child Support needed for support | 703.140(b)(10)(D) |
| **PENSIONS** | |
| ERISA – qualified benefits needed for support | 703.140(b)(10)(E) |
| **PERSONAL PROPERTY** | |
| Animals crops, appliances, furnishings, household goods, books, musical instruments and clothing to $400 per item | 703.140(b)(3) |
| Burial Plot to $15,000 in lieu of homestead | 703.140(b)(1) |
| Health Aids | 703.140(b)(9) |
| Jewelry to $1,000 | 703.140(b)(4) |
| Motor Vehicle to $2,400 | 703.140(b)(2) |
| Personal Injury recoveries to $15,000 (not to include pain & suffering; pecuniary loss) | 703.140(b)(11)(D,E) |
| Wrongful Death recoveries needed for support | 703.140(b)(11)(B) |
| **UBLIC BENEFITS** | |
| rime Victims' Compensation | 703.140(b)(11)(A) |
| iblic Assistance | 703.140(b)(10)(A) |
| ocial Security | 703.140(b)(10)(A) |
| nemployment Compensation | 703.140(b)(10)(A) |
| eteran's Benefits | 703.140(b)(10)(B) |
| **OOLS OF TRADE** | |
| nplements, books, and tools of trade to $1,500 | 703.140(b)(6) |
| **AGES** | None |
| **ILD CARD** | |
| 00 of any property | 703.140(b)(5) |
| nused portion of homestead or burial exemption of any property | 703.140(b)(5) |

TUOLUMNE TAX CLINIC
Alan S. Bernikoff Ctf
Sonora, CA 95370
175365409

Don & Carla Hansen
19240 W. American Ave.
Hilmar, Ca 95324
209-664-0444
Attorney in Propria Persona

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION [x]
SACRAMENTO DIVISION [ ]

IN RE:
Hansen
Debtor(s)

JUDGE THOMAS C. HOLMAN

DECLARATION OF DEBTOR(S) PURSUANT TO TITLE 11 U.S.C.SECTION 110

I/WE Don Hansen, Carla Hansen DEBTOR(S) IN THE ABOVE ACTION DO HEREBY DECLARE THE FOLLOWING:

(1) I/WE FURNISHED THE INFORMATION UTILIZED BY TUOLUMNE TAX CLINIC IN THE PREPARATION OF MY/OUR PETITION.

(2) I/WE HAVE SELECTED OUR EXEMPTIONS AS THEY APPLY TO MY/OUR SITUATION

(3) I/WE HAVE SIGNED ALL DOCUMENTS WHICH REQUIRE MY/OUR SIGNATURE PERSONALLY.

(4) I/WE HAVE PROVIDED TUOLUMNE TAX CLINIC WITH A MONEY ORDER FOR THE FILING FEES PRE-PAID AND MADE PAYABLE TO THE UNITED STATES BANKRUPTCY COURT WITH ME/US AS THE PAYOR(S).

(5) I/WE HAVE RECEIVED COPIES OF ALL DOCUMENTS WHICH HAVE BEEN FILED NO LATER THAN THE TIME EACH WERE SIGNED.

(6) THE FEES COLLECTED BY TUOLUMNE TAX CLINIC IN CONTEMPLATION OF THE FILING OF THE PETITION ARE NOTICEABLY MODERATE AND IMPOSE NO HARDSHIP ON ME/US.

I/WE DECLARE THE FOREGOING UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA.

DATED: 1-11-04
EXECUTED AT: SONORA, CA.

SIGNED: [signature]

SIGNED: [signature]

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Alan S. Bernikoff**
Printed or Typed Name of Bankruptcy Petition Preparer

**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**
Social Security No.

**PO Box 700**
**Soulsbyville, CA 95372**

Address

Don Hansen

Carla Hansen

X ______________________
**Alan S. Bernikoff**

1/21/04
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT

Eastern District of California

Modesto Division

In re: Don Hansen 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

Debtor Carla Hansen 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

Address . 19240 W. American Ave
Hilmar, CA 95324

Social Security No(s).:

Employer's Tax Identification No(s). [if any]:

Case No. ____________

Chapter 7

# DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U. S. C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For document preparation services, I have agreed to accept | $ 125.00 |
| Prior to the filing of this statement I have received | $ 125.00 |
| Balance Due | $ -0- |

2. I have prepared or caused to be prepared the following documents (itemize): Matrix, coversheet, Petition, signature page, Summary of Schedules, schedules A-J, Statement of Intention and Financial affairs, Declaration re: Financial affairs, Schedules,Sec 110
and provided the following services (itemize): Intake, preparation, copying,posting and filing. Fielding creditor calls, negotiations with creditors, management of case, notice to debtor of 341 meeting, instructions,Reminder of 341 meeting and follow-up to 341 meeting

3. The source of the compensation paid to me was: Schedule 1040-C P&L,

☒ Debtor ☐ Other (specify)

4. The source of compensation to be paid to me is:

☐ Debtor ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| NONE | |

Dated: 1/21/04

Signed: [signature]
Alan S. Bernikoff, Petition PREPARER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re
Don Hansen
Carla Hansen

Debtor(s).

Bankruptcy Case No.

**NOTICE TO DEBTOR CONCERNING BANKRUPTCY PETITION PREPARERS**

Bankruptcy petition preparers are non-attorneys who are not authorized to practice law or give legal advice.

**NOTICE IS HEREBY GIVEN** that the Court has issued the attached *Bankruptcy Petition Preparer Guidelines* governing the work performed and fees charged by bankruptcy petition preparers in Eastern District of California cases.

Under the *Guidelines*, a bankruptcy petition preparer must give the debtor a copy of this notice before taking any money or property from the debtor or on behalf of the debtor for payment and before preparing any papers for filing in the bankruptcy court. The debtor and the bankruptcy petition preparer must sign a copy of this Notice in the spaces provided below. A copy must be furnished to the debtor by the bankruptcy petition preparer, and the original plus four copies must be filed with the Bankruptcy Court.

California law prohibits any non-attorney from rendering legal advice. Legal advice includes, but is not limited to, advice concerning the following:

- Whether the debtor should file bankruptcy and the chapter under which the petition should be filed;
- Whether debts will be eliminated, or "discharged," in a bankruptcy case;
- Whether the debtor will be able to keep their home after filing a bankruptcy case;
- The tax consequences of filing a bankruptcy case;
- Whether the debtor should promise to repay, or "reaffirm," a debt; and
- The exemptions available in bankruptcy, and what property can be claimed as exempt.

Unless approved by the court, a bankruptcy petition preparer may not charge the debtor more than $125 for preparing a bankruptcy petition, including expenses (such as photocopies, postage, telephone charges, and courier services). This fee does not include the petition filing fee. The filing fee must be paid directly to the Clerk of Court by the debtor.

The attached *Guidelines* contain additional restrictions. The debtor shall read the *Guidelines* in order to know what the Court requires of bankruptcy petition preparers.

Debtors with questions concerning bankruptcy petition preparers or who believe that the *Guidelines* have been violated, should contact the appropriate Office of the U.S. Trustee (Sacramento: (916) 498-5990; Fresno/Modesto: (209) 498-7400).

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

---

**DEBTOR'S CERTIFICATION**

I, Don Hansen, and Carla Hansen, the debtor(s) in the above-captioned case, have read and understand the foregoing information and attached *Guidelines*.

Dated: 1-11-04 ____________________ (Debtor's Signature)

Dated: 1-11-04 ____________________ (Joint Debtor's Signature)

---

**BANKRUPTCY PETITION PREPARER'S CERTIFICATION**

I, Alan S. Bernikoff, hereby certify under penalty of perjury that I am the bankruptcy petition preparer who has assisted the debtor(s) in filing the above-captioned case. I have not charged fees in excess of the amount allowed in Guideline 2, nor have I advised the debtor concerning any of the matters referred to in Guideline 1.

Dated: 1/21/04 ____________________ (Bankruptcy Petition Preparer's Signature)

Offices of Alan S. Bernikoff
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 532-8821
P.O. Box 700
Soulsbyville, CA 95372

____________________ (Preparer's Social Security/Tax I.D. No.)

____________________ (Preparer's Printed or Typed Name)

____________________ (Preparer's Address)

4